## COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/4/2009 | 19720 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 118230 | | 6746 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 1 | OCEAN FREIGHT-WORLDWIDE INVOICE 101570031 | 1,358.00 | 1,358.00 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S    ACCOUNT # 7012989112

**Total** $1,358.00

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/25/2009 | 19831 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| | | 6833/6788 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 1 | REIMB-FREIGHT-WORLDWIDE INVOICE 101570564-01 | 1,541.00 | 1,541.00 |
| 1 | REIMB-FREIGHT-WORLDWIDE INVOICE 101570334-01 | 1,193.00 | 1,193.00 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019, TEL: 713-284-5409, ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

**Total** $2,734.00

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/16/2009 | 19891 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 135458/135459 | | 6897 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 1 | REIMB-FREIGHT-2 CONTAINERS TO HUIZHOU-WORLDWIDE INVOICE 101570837 | 2,917.00 | 2,917.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

**Total**   $2,917.00

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/22/2009 | 19912 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| | | TRAV-EXP |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 2 | REIMBURSE- AIRLINE TICKET TO DUBAI | 1,434.62 | 2,869.24 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409, ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

**Total**  $2,869.24

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 19995 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
|             |       | 6781            |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 500 | COMMISSION-CATHODES TO COREMET'S 19261-P (DO NOT HAVE YOUR CONTRACT, PLEASE SEE EMAIL FROM J. MAMMONE 2/6/2009) | 10.00 | 5,000.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S       ACCOUNT # 7012989112

**Total**    $5,000.00

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 19996 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 118230 | | 6746 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 19.4983 | COMMISSION-B/C TO YATAI-YOUR INVOICE # 13465F | 50.00 | 974.92 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

| Total | $974.92 |
|-------|---------|

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 19997 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 124499 | | 6803 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 40 | COMMISSION-5052 TO NE METALS' PO 002994 | 10.00 | 400.00 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409, ABA # 121000248, SWIFT:
WFBIUS6S    ACCOUNT # 7012989112

**Total** $400.00

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 19998 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 122242 | | 6788 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 19.4203 | COMMISSION-B/C TO YATAI-YOUR INVOICE # 13501-DN | 50.00 | 971.02 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409, ABA # 121000248, SWIFT: WFBIUS6S ACCOUNT # 7012989112

**Total** $971.02

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 19999 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 124980 | | 6811 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 500 | COMMISSION- CATHODES TO COREMET | 10.00 | 5,000.00 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

**Total** $5,000.00

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20000 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 124984 | | 6812 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 44.6035 | COMMISSION- B/C TO YATAI-YOUR INVOICE # 13664-F | 50.00 | 2,230.18 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

**Total** | $2,230.18

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20001 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 125298 | | 6816 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 252.941 | COMMISSION-CATHODES TO YATAI-YOUR INVOICE # 13750F | 10.00 | 2,529.41 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S    ACCOUNT # 7012989112

**Total** $2,529.41

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20002 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 125569 | | 6818 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 500 | COMMISSION-CATHODES TO YATAI | 10.00 | 5,000.00 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409, ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

**Total** $5,000.00

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20003 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 126219 | | 6823 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 50.591 | COMMISSION-CATHODES TO ALPAX- YOUR INVOICE # 13752F | 20.00 | 1,011.82 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409, ABA # 121000248, SWIFT: WFBIUS6S        ACCOUNT # 7012989112

**Total** $1,011.82

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20004 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 126251 | | 6824 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|-----------|--------------|
| 19.7133 | COMMISSION-COPPER CHOPS -YOUR INVOICE # 13523F | 30.00 | 591.40 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

**Total** $591.40

**Balance Due**

$0.00

# COMM TRADE USA INC.

**1934 WEST GRAY ST.SUITE 200**
**HOUSTON, TX 77019**
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|---|---|
| 5/14/2009 | 20005 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|---|---|---|
| 130844 | | 6825 |

| Quantity | Description | Price Each | Amount (USD) |
|---|---|---|---|
| 54 | COMMISSION-COPPER RODS TO COREMET | 10.00 | 540.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409, ABA # 121000248, SWIFT: WFBIUS6S    ACCOUNT # 7012989112

**Total** $540.00

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20006 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 126760 | | 6833 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 19.7523 | COMMISSION- B/C TO SIHUI QB-your invoce # 13526-P | 10.00 | 197.52 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S    ACCOUNT # 7012989112

**Total**     $197.52

**Balance Due**

$0.00

CT-USA/INTL 000524

## COMM TRADE USA INC.

1934 WEST GRAY ST,SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20007 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 126768 | | 6834 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 108 | COMMISSION-COPPER BARS TO COREMET'S 19354-P | 10.00 | 1,080.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S      ACCOUNT # 7012989112

| **Total** | $1,080.00 |
|-----------|-----------|

**Balance Due**      $0.00

## COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20008 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 127595/96 | | 6838 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 245.578 | COMMISSION-CATHODES TO YATAI-YOUR INVOICE # 13541P | 10.00 | 2,455.78 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019, TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

| **Total** | $2,455.78 |
|-----------|-----------|

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20009 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 129290 | | 6848 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 125 | COMMISSION-CATHODES TO COREMET | 10.00 | 1,250.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S      ACCOUNT # 7012989112

**Total**          $1,250.00

**Balance Due**

$0.00

CT-USA/INTL 000527

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20010 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 129301 | | 6849 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 20 | COMMISSION-B/C TO SIHUI QB | 20.00 | 400.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S    ACCOUNT # 7012989112

**Total** $400.00

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20011 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 130156 | | 6857 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 300 | COMMISSION-COPPER BARS TO COREMET | 10.00 | 3,000.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

| **Total** | $3,000.00 |
|-----------|-----------|

**Balance Due**          $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20012 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 130153 | | 6858 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 20 | COMMISSION-COBRA TO JLJ | 10.00 | 200.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S    ACCOUNT # 7012989112

**Total**    $200.00

**Balance Due**    $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|---|---|
| 5/14/2009 | 20013 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|---|---|---|
| 130851 | | 6862 |

| Quantity | Description | Price Each | Amount (USD) |
|---|---|---|---|
| 125 | COMMISSION-COPPER BARS TO COREMET | 10.00 | 1,250.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

**Total**          $1,250.00

**Balance Due**
          $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20014 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 12646 | | 6866 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 20 | COMMISSION-COBRA TO JLJ | 10.00 | 200.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

**Total**   $200.00

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20015 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| S134675 | | 6894 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 40 | COMMISSION-B/C TO SIHUI QB | 10.00 | 400.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

| Total | $400.00 |
|-------|---------|

**Balance Due**   $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20016 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 135549 | | 6897 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 40 | COMMISSION-B/C TO YATAI | 20.00 | 800.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409, ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

**Total**  $800.00

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20017 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| | | 6899 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 250 | COMMISSION-CATHODES TO YATAI | 10.00 | 2,500.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S       ACCOUNT # 7012989112

**Total** $2,500.00

**Balance Due** $0.00

CT-USA/INTL 000535

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20018 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 128828 | | 6909 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 250.3835 | COMMISSION-CATHODES TO YATAI-YOUR INVOICE # 13838F | 10.00 | 2,503.84 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409, ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

**Total** $2,503.84

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20019 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
|  |  | 6914 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 250 | COMMISSION-CATHODES TO COREMET | 10.00 | 2,500.00 |
|  | COREMET'S PO 19515-P |  |  |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S    ACCOUNT # 7012989112

**Total** $2,500.00

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20020 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 137101 | | 6915 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 251.569 | COMMISSION-CATHODES TO YATAI-YOUR INVOICE # 13840F | 10.00 | 2,515.69 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

| **Total** | $2,515.69 |
|-----------|-----------|

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|---|---|
| 5/14/2009 | 20021 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|---|---|---|
| | | 6918 |

| Quantity | Description | Price Each | Amount (USD) |
|---|---|---|---|
| 40 | COMMISSION-B/C TO SIHUI QB (J MAMMONE EMAIL OF 04/03/2009) | 10.00 | 400.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

**Total**  $400.00

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20022 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 136047 | | 6920 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 252.696 | COMMISSION-CATHODES TO YATAI-YOUR INVOICE # 14003P | 10.00 | 2,526.96 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

**Total** $2,526.96

**Balance Due**

$0.00

## COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20023 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 138166 | | 6931 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 40.5 | COMMISSION-6063 TO SIHUI QB | 20.00 | 810.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

**Total**          $810.00

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20024 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| | P.O. Number | Terms | Contract Number |
|---|---|---|---|
| | | | 6932 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 245 | COMMISSION-CATHODES TO COREMET'S 19552-P | 10.00 | 2,450.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

**Total**          $2,450.00

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20025 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| | | 6933 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 20 | COMISSION-B/C TO SIHUI QB (J MAMMONE EMAIL OF 04/07/2009) | 10.00 | 200.00 |

ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

| Total | $200.00 |
|-------|---------|

**Balance Due**

$0.00

CT-USA/INTL 000543

301

# COMM TRADE USA INC.

1934 WEST GRAY ST. SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20026 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 138696 | | 6935 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 500 | COMMISSION-CATHODES YO YATAI | 10.00 | 5,000.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S      ACCOUNT # 7012989112

| Total | $5,000.00 |
|-------|-----------|

**Balance Due** $0.00

CT-USA/INTL 000544

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20027 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 138700 | | 6936 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 40 | COMMISSION-B/C TO YATAI | 10.00 | 400.00 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

| **Total** | $400.00 |
|-----------|---------|

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20028 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 138869 | | 6937 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 200 | COMMISSION-CATHODES TO COREMET COREMET PO 19575-P | 10.00 | 2,000.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

**Total** $2,000.00

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20029 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 139372 | | 6945 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 500 | COMMISSION-CATHODES TO YATAI | 10.00 | 5,000.00 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S        ACCOUNT # 7012989112

**Total** $5,000.00

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20030 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 139499 | | 6949 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 20.1071 | COMMISSION-B/C TO SIHUI QB-YOUR INVOICE # 13755F | 25.00 | 502.68 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S    ACCOUNT # 7012989112

**Total** $502.68

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20031 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 141043 | | 6951 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 20 | COMMISSION-HONEY TO SIHUI QB | 10.00 | 200.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S    ACCOUNT # 7012989112

**Total** $200.00

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20032 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 139763 | | 6952 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 200.5398 | COMMISSION-CATHODES TO SIHUI QB-YOUR INVOICE 13852F | 10.00 | 2,005.40 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFB1US6S      ACCOUNT # 7012989112

**Total**    $2,005.40

**Balance Due**    $0.00

CT-USA/INTL 000550

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20033 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 139761 | | 6953 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 208.1848 | COMMISSION-COPPER RODS TO SIHUI QB-YOUR INVOICE 13634F | 44.00 | 9,160.13 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S        ACCOUNT # 7012989112

**Total** | $9,160.13

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST,SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20034 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
|  |  | 6954 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 250 | COMMISSION-CATHODES TO SIHUI QB | 10.00 | 2,500.00 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

**Total** $2,500.00

**Balance Due** $0.00

CT-USA/INTL 000552

310

# COMM TRADE USA INC.

1934 WEST GRAY ST. SUITE 200
HOUSTON, TX 77019
tel: 713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20035 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 139758 | | 6955 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 150.292 | COMMISSION-CATHODES TO YATAI-YOUR INVOICE # 13837F | 10.00 | 1,502.92 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019, TEL: 713-284-5409, ABA # 121000248, SWIFT:
WFB1US6S     ACCOUNT # 7012989112

**Total** $1,502.92

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST,SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|---|---|
| 5/14/2009 | 20036 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|---|---|---|
| 140068 | | 6960 |

| Quantity | Description | Price Each | Amount (USD) |
|---|---|---|---|
| 40.5347 | COMMISSION-CLOVE TO POONGAN, CL-0410-YOUR INVOICE # 13857F | 70.00 | 2,837.43 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

**Total** | $2,837.43

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20037 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 140310 | | 6963 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 149.5523 | COMMISSION-CATHODES – YOUR INVOICE # 13845-1F | 10.00 | 1,495.52 |
| 248.2752 | COMMISSION-CATHODES – YOUR INVOICE # 13845-2F | 10.00 | 2,482.75 |

ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019, TEL: 713-284-5409, ABA # 121000248, SWIFT: WFBIUS6S       ACCOUNT # 7012989112

**Total** $3,978.27

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST,SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2009 | 20038 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
|  |  | 6966 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 20 | COMMISSION-2052 AL TO N E METAL TRADERS | 10.00 | 200.00 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

| **Total** | $200.00 |
|-----------|---------|

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/15/2009 | 20040 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 140066 | | 6969 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 43.7362 | COMMISSION-ENAMEL WIRE TO HANG LEE'S 08-1056-YOUR INVOICE # 13789F | 10.00 | 437.36 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

**Total**     $437.36

**Balance Due**

$0.00