## COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/15/2009 | 20042 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 140538 | | 6971 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 277.0565 | COMMISSION-CATHODES TO SIHUI QB-YOUR INVOICE 13879F | 10.00 | 2,770.57 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

**Total**     $2,770.57

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/15/2009 | 20043 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| | P.O. Number | Terms | Contract Number |
|---|---|---|---|
| | | | 6979 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 200 | COMMISSION-CATHODES TO COREMET | 10.00 | 2,000.00 |
| | COREMET'S PO 19623-P | | |
| | (SEE J MAMMONE EMAIL 4/24/2009) | | |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

**Total** $2,000.00

**Balance Due**

$0.00

CT-USA/INTL 000560

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/15/2009 | 20044 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 140807 | | 6981 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 301.4787 | COMMISSION-CATHODES TO SIHUI QB-YOUR INVOICE 13878F | 10.00 | 3,014.79 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

| **Total** | $3,014.79 |
|-----------|-----------|

**Balance Due**

$0.00

CT-USA/INTL 000561

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/15/2009 | 20045 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 141878 | | 6983 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 101.8149 | COMMISSION-CATHODES FOR SIHUI QB-INVOICE 13921F | 10.00 | 1,018.15 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019, TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

**Total**     $1,018.15

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/15/2009 | 20046 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 142158 | | 6984 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 22.909 | COMMISSION-BERRY/CANDY-YOUR INVOICE # 13683F | 10.00 | 229.09 |
| 22.2915 | COMMISSION-BERRY/CANDY -YOUR INVOCIE # 13807F | 10.00 | 222.92 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

**Total**     $452.01

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/15/2009 | 20047 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 142781 | | 6987 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 205,2898 | COMMISSION-CATHODES TO SIHUI QB-YOUR INVOICE # 13827F | 10.00 | 2,052.90 |

ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019, TEL: 713-284-5409, ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

**Total**     $2,052.90

**Balance Due**

$0.00

# COMM TRADE USA INC.

**1934 WEST GRAY ST.SUITE 200**
**HOUSTON, TX 77019**
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/15/2009 | 20048 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 142785 | | 6989 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 40 | COMMISSION-CLOVE TO EXEON | 10.00 | 400.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019, TEL: 713-284-5409, ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

| **Total** | $400.00 |
|-----------|---------|

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/15/2009 | 20049 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 142287 | | 6984 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 77.5057 | COMMISSION-B/C -YOUR INVOICE 13804-1F | 20.00 | 1,550.11 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

**Total**         $1,550.11

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/15/2009 | 20050 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 142982 | | 6993 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 252.8022 | COMMISSION-CATHODES TO YATAI-YOUR INVOICE 13984P | 10.00 | 2,528.02 |
| 248.4982 | - YOUR INVOICE 13985P | 10.00 | 2,484.98 |

ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

**Total** $5,013.00

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/15/2009 | 20051 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 143412 | | 6995 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 101.0319 | COMMISSION-CATHODES TO SIHUI QB-YOUR INVOICE 13881 | 10.00 | 1,010.32 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

| **Total** | $1,010.32 |
|-----------|-----------|

**Balance Due**            $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/15/2009 | 20052 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| | | 6997 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 60 | COMMISSION-CYLINDERS TO COREMET | 10.00 | 600.00 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

**Total**     $600.00

**Balance Due**

$0.00

## COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/15/2009 | 20053 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 143689 | | 7004 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 65.7679 | COMMISSION-ENAMEL TO HANG LEE-YOUR INVOICE 13746F | 10.00 | 657.68 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

**Total**     $657.68

**Balance Due**     $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/15/2009 | 20054 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| | | 7005 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 500 | COMMISSION-CATHODES TO COREMET | 10.00 | 5,000.00 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

**Total** $5,000.00

**Balance Due** $0.00

# COMM TRADE USA INC.

**1934 WEST GRAY ST.SUITE 200**
**HOUSTON, TX 77019**
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/15/2009 | 20055 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 143944 | | 7006 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 406 | COMMISSION-CATHODES TO COREMET | 10.00 | 4,060.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

**Total**                $4,060.00

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/5/2009 | 20118 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
|  |  |  |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 1 | PROVISIONAL ADVANCE INVOICE FOR DEALS DONE IN 2009 | 30,000.00 | 30,000.00 |

ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S    ACCOUNT # 7012989112

| **Total** | $30,000.00 |
|-----------|------------|

**Balance Due**            $0.00

## COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/24/2009 | 20186 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 153888 | | 7075 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 39,935 | YELLOW BRASS-"HONEY"<br><br>CONTAINER # MSKU 422954-1<br>SEAL # 3996<br><br>BOOKING # 858378113<br>VESSEL: ALBERT MAERSK V/0913<br>ETD: JUNE 30, 2009<br>ETA: JULY 17, 2009 | 1.55 | 61,899.25 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S    ACCOUNT # 7012989112

**Total** $61,899.25

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST. SUITE 200
HOUSTON, TX 77019
tel: 713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/1/2009 | 20205 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 149090 | | 7047 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 47.6 | ZINC DROSS-COMMISSION-YOUR INVOICE # 13887F | 10.00 | 476.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

| **Total** | **$476.00** |
|-----------|-------------|

**Balance Due**           $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/2/2009 | 20209 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 147521 | | 7036 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 51,500 | BERRY/CANDY-COMMISSION-YOUR INVOICE # 13893F | 0.03 | 1,545.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S      ACCOUNT # 7012989112

| **Total** | $1,545.00 |
|-----------|-----------|

**Balance Due**     $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/2/2009 | 20215 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 147523 | | 7036 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 51,764 | B/C-COMMISSION-YOUR INVOICE # 13904P | 0.03 | 1,552.92 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S        ACCOUNT # 7012989112

| **Total** | $1,552.92 |
|-----------|-----------|

**Balance Due**          $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/2/2009 | 20217 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 147521 | | 7036 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 145,620 | ENAMEL COPPER WIRE-COMMISSION-YOUR INVOICE #13903P | 0.03 | 4,368.60 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

| Total | $4,368.60 |
|-------|-----------|

**Balance Due**

$0.00

CT-USA/INTL 000576

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/14/2009 | 20248 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 125296 | | 6816 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 252.747 | COMMISSION-CATHODES-YOUR INVOICE # 13749F | 10.00 | 2,527.47 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

**Total**      $2,527.47

**Balance Due**      $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/14/2009 | 20249 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 124984 | | 6812 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 21.8438 | COMMISSION-B/C-YOUR INVOICE # 13513F | 50.00 | 1,092.19 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409, ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

**Total** $1,092.19

**Balance Due**
$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/15/2009 | 20255 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 157711 | | 7054 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 48.108 | ZINC DROSS-COMMISSION-YOUR INVOICE # 13926F | 10.00 | 481.08 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S        ACCOUNT # 7012989112

**Total** $481.08

**Balance Due** $0.00

## COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/15/2009 | 20256 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| | | MISC |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 1 | REIMBURSEMENT-AIRFARE TO DUBAI | 3,868.50 | 3,868.50 |
| 1 | REIMBURSEMENT AIRFARE-USA TO CHINA | 2,488.88 | 2,488.88 |
| 1 | REIMBURSEMENT-GRAND HYATT DUBAI | 2,957.49 | 2,957.49 |
| 1 | REIMBURSEMENT-JETBLUE-SALK LAKE UT | 572.70 | 572.70 |
| 1 | REIMBURSEMENT-NYC-TAXI VERIFONE | 54.00 | 54.00 |
| 1 | REIMBURSEMENT-NYC-TAXI VERIFONE | 59.00 | 59.00 |
| 1 | REIMBURSEMENT-CONTINENTAL AIRLINES TO CLEVELAND | 1,074.20 | 1,074.20 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

**Total**  $11,074.77

**Balance Due**

$0.00

CT-USA/INTL 000578

339

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/15/2009 | 20257 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| | | AQSIQ |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 1 | USE OF AQSIQ FOR 2009 | 10,000.00 | 10,000.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409, ABA # 121000248, SWIFT:
WFBIUS6S       ACCOUNT # 7012989112

**Total** $10,000.00

## Balance Due

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
| --- | --- |
| 7/20/2009 | 20265 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
| --- | --- | --- |
| 143062 | | 6991 |

| Quantity | Description | Price Each | Amount (USD) |
| --- | --- | --- | --- |
| 45.2893 | B/C-COMMISSION-YOUR INVOICE # 13888 | 20.00 | 905.79 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

| Total | $905.79 |
| --- | --- |

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/20/2009 | 20266 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 143062 | | 6991 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 20.0879 | B/C-COMMISSION-YOUR INVOICE # 13831F | 20.00 | 401.76 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

| **Total** | $401.76 |
|-----------|---------|

**Balance Due**           $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
| --- | --- |
| 7/20/2009 | 20267 |

### Bill To

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
| --- | --- | --- |
| 143062 | | 6991 |

| Quantity | Description | Price Each | Amount (USD) |
| --- | --- | --- | --- |
| 21.7998 | B/C-COMMISSION-YOUR INVICE # 138330F | 20.00 | 436.00 |

ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S      ACCOUNT # 7012989112

**Total**        $436.00

**Balance Due**        $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/20/2009 | 20268 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 143062 | | 6991 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 38.8582 | B/C-COMMISSION-YOUR INVOICE # 13829F | 20.00 | 777.16 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

| **Total** | $777.16 |
|-----------|---------|

**Balance Due**        $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/29/2009 | 20304 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 160978 | | 7125 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 18.938 | ZINC DROSS-COMMISSION-YOUR INVOICE # 13965F | 30.00 | 568.14 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

**Total**  $568.14

**Balance Due**  $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/17/2009 | 20359 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 161821 | Cash | 7134 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 92,307 | B/C -COMMISSION- SHARIF INVOICE 09/INV3766 | 0.02 | 1,846.14 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

**Total**     $1,846.14

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/17/2009 | 20360 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 161821 | Cash | 7134 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 41,193 | B/C-COMMISSION-SHARIF INVOICE 09/INV3793 | 0.02 | 823.86 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

| **Total** | $823.86 |
|-----------|---------|

**Balance Due**      $0.00

# COMM TRADE USA INC.

**1934 WEST GRAY ST.SUITE 200**
**HOUSTON, TX 77019**
**tel:713-661-8090 / 281-222-1800**
**fax: 713-661-8681**

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/18/2009 | 20365 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 142287 | Cash | 6984 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 20.26 | CATHODES TO SIHUI QB-COMMISSION-YOUR INVOICE 13804F | 10.00 | 202.60 |

ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409, ABA # 121000248, SWIFT: WFBIUS6S      ACCOUNT # 7012989112

| **Total** | $202.60 |
|-----------|---------|

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/19/2009 | 20375 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 158465 | Cash | CCIC |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|-----------|--------------|
| 1 | INVOICE NA09049120NA | 220.00 | 220.00 |
| 1 | PROCESSING FEE | 75.00 | 75.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

| Total | $295.00 |
|-------|---------|

**Balance Due**          $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/24/2009 | 20387 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| P162234 | Cash | 7141 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| | #2 COPPER SCRAP-"BIRCH/CLIFF" | | |
| 21.5 | CONTAINER # FCIU 3710496, SEAL # M490950 | 4,991.21 | 107,311.02 |
| 21.5 | CONTAINER # IPXU 3552370, SEAL # M490889 | 4,991.21 | 107,311.02 |
| | | | |
| | DESTINATION: SANSHUI VIA HONG KONG | | |
| | VESSEL: LIBRA MEXICO 0013N | | |
| | ETD: AUGUST 30, 2009 | | |
| | ETA: SEPTEMBER 29, 2009 | | |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S    ACCOUNT # 7012989112

**Total**  $214,622.04

**Balance Due**

$0.00

# COMM TRADE USA INC.

**1934 WEST GRAY ST.SUITE 200**
**HOUSTON, TX 77019**
**tel:713-661-8090 / 281-222-1800**
**fax: 713-661-8681**

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/24/2009 | 20389 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 128828 | Cash | 6909 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 250.0885 | CATHODES TO YATAI-COMMISSION-YOUR INVOICE # 13973F | 10.00 | 2,500.89 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S    ACCOUNT # 7012989112

**Total** $2,500.89

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/26/2009 | 20400 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 142982 | Cash | 6993 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 249.8042 | CATHODES-COMMISSION-YOUR INVOICE 14068F | 10.00 | 2,498.04 |
| 249.9702 | CATHODES-COMMISSION-YOUR INVOICE 14069F | 10.00 | 2,499.70 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

**Total** $4,997.74

**Balance Due** $0.00

## COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/27/2009 | 20404 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 164138 | Cash | 7156 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 43,386.528 | B/C-COMMISSION-SHARIF INVOICE 4033 | 0.02 | 867.73 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

| **Total** | $867.73 |
|-----------|---------|

**Balance Due**       $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/8/2009 | 20442 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 165977 | Cash | 7165 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 42,527 | B/C-COMMISSION-SHARIF INVOICE 4172 | 0.02 | 850.54 |

ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409, ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

| Total | $850.54 |
|-------|---------|

**Balance Due**           $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/8/2009 | 20443 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 164138 | Cash | 7156 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 40,939 | B/C-COMMISSION-SHARIF INVOICE 4136 | 0.02 | 818.78 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409, ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

**Total**   $818.78

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/8/2009 | 20444 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 164138 | Cash | 7156 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 44,974 | B/C-COMMISSION-SHARIF INVOICE 4223 | 0.02 | 899.48 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S    ACCOUNT # 7012989112

**Total** $899.48

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/9/2009 | 20451 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 165977 | Cash | 7165 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 43,475 | B/C-COMMISSION-SHARIF INVOICE 4230 | 0.02 | 869.50 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S        ACCOUNT # 7012989112

| **Total** | $869.50 |
|-----------|---------|

**Balance Due**        $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/9/2009 | 20452 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 161821 | Cash | 7134 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 39,991 | B/C-COMMISSION-SHARIF INVOICE 4229 | 0.02 | 799.82 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S      ACCOUNT # 7012989112

**Total**     $799.82

**Balance Due**

$0.00

# COMM TRADE USA INC.

**1934 WEST GRAY ST.SUITE 200**
**HOUSTON, TX 77019**
**tel:713-661-8090 / 281-222-1800**
**fax: 713-661-8681**

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/10/2009 | 20469 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 127595/96 | Cash | 6838 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 250 | COMMISSION-TO COMPLETE BILLING FOR CONTRACT 127595 (SEE INVOICE 20008)<br><br>DO NOT HAVE WEIGHTS SHIPPED | 10.00 | 2,500.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S       ACCOUNT # 7012989112

**Total**      $2,500.00

**Balance Due**

     $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|---|---|
| 9/11/2009 | 20474 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|---|---|---|
| 168818 | Cash | 7187 |

| Quantity | Description | Price Each | Amount (USD) |
|---|---|---|---|
| 56.872 | SEAL-COMMISSION-YOUR INVOICE # 14180 | 20.00 | 1,137.44 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

**Total**   $1,137.44

**Balance Due**   $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/14/2009 | 20488 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 168040 | Cash | 7184 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 41,668 | #1 COPPER-"BERRY/CANDY" ( $ 2.947-0.23) | 2.717 | 113,211.96 |
| | CONTAINER # UESU 238029-5 SEAL # 04296602 BOOKING # NAM 9014529 | | |
| | *** FINAL INVOICE *** | | |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019, TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

**Total**     $113,211.96

**Balance Due**

     $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/17/2009 | 20496 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 164138 | Cash | 7156 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 55,358 | B/C-COMMISSION-SHARIF INVOICE 4363 | 0.02 | 1,107.16 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

| **Total** | $1,107.16 |
|-----------|-----------|

**Balance Due**

$0.00

# COMM TRADE USA INC.

**1934 WEST GRAY ST.SUITE 200**
**HOUSTON, TX 77019**
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/17/2009 | 20498 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 166278 | Cash | 7172 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 39.0891 | B/C-COMMISSION-YOUR INVOICE # 14199 | 10.00 | 390.89 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

**Total**            $390.89

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/21/2009 | 20504 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 162580 | Cash | 7142 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 47,275 | COBRA-COMMISSION-URC INVOICE 7032 | 0.03 | 1,418.25 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S    ACCOUNT # 7012989112

| **Total** | $1,418.25 |
|-----------|-----------|

**Balance Due** $0.00

# COMM TRADE USA INC.

**1934 WEST GRAY ST.SUITE 200**
**HOUSTON, TX 77019**
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/22/2009 | 20511 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 160978 | Cash | 7125 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 19.8746 | ZINC DROSS-COMMISSION-YOUR INVOICE # 14237F | 30.00 | 596.24 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

**Total** | $596.24

**Balance Due**

$0.00

CT-USA/INTL 000598

# COMM TRADE USA INC.

1934 WEST GRAY ST, SUITE 200
HOUSTON, TX 77019
tel: 713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/24/2009 | 20518 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 172491 | Cash | 7216 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 43,056 | #1 COPPER-"BERRY/CANDY"<br><br>CONTAINER # APHU 662887-6<br>SEAL # 025845<br><br>VESSEL: APL BOGOTA 060<br>ETD: SEPTEMBER 24, 2009<br>ETA: OCTOBER 23, 2009<br><br>\*\*\*  PROVISIONAL INVOICE  \*\*\* | 2.75 | 118,404.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

**Total**   $118,404.00

**Balance Due**

$0.00