# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/29/2009 | 20529 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 171757 | Cash | 7213 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 44,577 | B/C-COMMISSION-SHARIF INVOICE 4492 | 0.02 | 891.54 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

| **Total** | **$891.54** |
|-----------|-------------|

**Balance Due**          $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/29/2009 | 20530 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 171757 | Cash | 7213 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 38,558 | B/C-COMMISSION-SHARIF INVOICE 4493 | 0.02 | 771.16 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

| **Total** | $771.16 |
|-----------|---------|

**Balance Due**           $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/29/2009 | 20531 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 171757 | Cash | 7213 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 42,086 | B/C-COMMISSION-SHARIF INVOICE 4495 | 0.02 | 841.72 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S       ACCOUNT # 7012989112

| **Total** | **$841.72** |
|-----------|-------------|

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/29/2009 | 20533 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 171757 | Cash | 7213 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 90,322 | B/C-COMMISSION-SHARIF INVOICE 4532 | 0.02 | 1,806.44 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

**Total**                                            $1,806.44

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/29/2009 | 20534 |

### Bill To

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 171757 | Cash | 7213 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 48,545 | B/C-COMMISSION-SHARIF INVOICE 4496 | 0.02 | 970.90 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019, TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S    ACCOUNT # 7012989112

**Total**            $970.90

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/29/2009 | 20535 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 164138 | Cash | 7156 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 41,535 | B/C-COMMISSION-SHARIF INVOICE 4494 | 0.02 | 830.70 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

| **Total** | $830.70 |
|-----------|---------|

**Balance Due**  $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/29/2009 | 20536 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 161821 | Cash | 7134 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 41,424 | B/C-COMMISSION-SHARIF INVOICE 4497 | 0.02 | 828.48 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

**Total** $828.48

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/29/2009 | 20540 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 170226 | Cash | 7203 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 19.5749 | B/C-COMMISSION-YOUR INVOICE 14262 | 20.00 | 391.50 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL.: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

| Total | $391.50 |
|-------|---------|

**Balance Due**    $0.00

CT-USA/INTL 000607

374

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/5/2009 | 20554 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 171757 | Cash | 7213 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 44,092 | B/C-COMMISSION-SHARIF INVOICE 4580 | 0.02 | 881.84 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

| **Total** | $881.84 |
|-----------|---------|

**Balance Due** $0.00

CT-USA/INTL 000608

# COMM TRADE USA INC.

1934 WEST GRAY ST,SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/6/2009 | 20561 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 168040 | Cash | 7184 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 40,885 | #1 COPPER-"BERRY/CANDY" ( $ 2.8425-0.23) | 2.6125 | 106,812.06 |
| | CONTAINER # CMAU 416000-1 SEAL # 04296626 BOOKING # NAM9014926 | | |
| | *** FINAL INVOICE *** | | |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

**Total**  $106,812.06

**Balance Due**  $0.00

CT-USA/INTL 000609

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
| --- | --- |
| 10/7/2009 | 20564 |

| Bill To |
| --- |
| INTL COMMODITIES, INC<br>708 Third Avenue<br>15th floor<br>New York, NY 10017 |

| P.O. Number | Terms | Contract Number |
| --- | --- | --- |
| 175440 | Cash | 7230 |

| Quantity | Description | Price Each | Amount (USD) |
| --- | --- | --- | --- |
| 78.081 | OFF GRADE SEAL-COMMISSION-CONTAINERS;<br><br>FSCU7467260<br>IMTU3051482<br>INBU3987319<br>UESU2350310 | 20.00 | 1,561.62 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409, ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

**Total** $1,561.62

**Balance Due**
$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
| --- | --- |
| 10/8/2009 | 20569 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
| --- | --- | --- |
| 164138 | Cash | 7156 |

| Quantity | Description | Price Each | Amount (USD) |
| --- | --- | --- | --- |
| 45,172 | B/C-COMMISSION-SHARIF INVOICE 4665 | 0.02 | 903.44 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S      ACCOUNT # 7012989112

**Total** $903.44

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/14/2009 | 20592 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 175440 | Cash | 7257 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 78.018 | ZINC DROSS-COMMISSION-YOUR INVOICE 14342 | 30.00 | 2,340.54 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

**Total**   $2,340.54

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/16/2009 | 20605 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 175440 | Cash | 7230 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 18.788 | ZINC DROSS-COMMISSION-YOUR INVOICE 14354 | 20.00 | 375.76 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

**Total**     $375.76

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/20/2009 | 20619 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 176242 | Cash | 7240 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 40.68 | B/C-COMMISSION-MINEMET INVOICE 09/1511 | 20.00 | 813.60 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

| **Total** | $813.60 |
|-----------|---------|

**Balance Due**          $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/22/2009 | 20630 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 171757 | Cash | 7213 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 122,080 | B/C-COMMISSION-SHARIF INVOICE 4900 | 0.02 | 2,441.60 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

**Total** $2,441.60

**Balance Due** $0.00

CT-USA/INTL 000615

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/23/2009 | 20635 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 160151 | Cash | 7136 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 20.3701 | TALK+OCEAN-COMMISSION-YOUR INVOCIE 14032 | 20.00 | 407.40 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

**Total** $407.40

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/23/2009 | 20636 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 155920 | Cash | 7094 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 64.9183 | B/C-COMMISSION-YOUR INVOICE 13906 | 20.00 | 1,298.37 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

| Total | $1,298.37 |
|-------|-----------|

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/23/2009 | 20637 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 155920 | Cash | 7096 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 57.6508 | B/C-COMMISSION-YOUR INVOICE 13936 | 20.00 | 1,153.02 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

**Total**     $1,153.02

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/23/2009 | 20639 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 159179 | Cash | 7110 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 206.632 | ZINC DROSS-COMMISSION-YOUR INVOICES 13954 & 14031 | 20.00 | 4,132.64 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

| **Total** | $4,132.64 |
|-----------|-----------|

**Balance Due**        $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/23/2009 | 20640 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 151838 | Cash | 7073 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 60 | ENAMELED COPPER WIRE-COMMISSION-YOUR INVOICE 13832 | 20.00 | 1,200.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

**Total**          $1,200.00

**Balance Due**

$0.00

# COMM TRADE USA INC.

**1934 WEST GRAY ST.SUITE 200**
**HOUSTON, TX 77019**
**tel:713-661-8090 / 281-222-1800**
**fax: 713-661-8681**

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/23/2009 | 20641 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 137101 | Cash | 6915 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 250 | COMMISSION-CATHODES TO YATAI (INVOICE 20020 BILLED FOR 250 MT, INVOICE 20641 FOR BALANCE 250 MT) | 10.00 | 2,500.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S    ACCOUNT # 7012989112

**Total**          $2,500.00

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/23/2009 | 20642 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| | Cash | 6950 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 1 | LOAD OF HONEY FROM ACE IRON & METAL BOOKING 94145300 CONTRACT DATE: APR. 16, 2009 | 2,000.00 | 2,000.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

| **Total** | $2,000.00 |
|-----------|-----------|

**Balance Due**            $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/23/2009 | 20643 |

| Bill To |
|---------|
| INTL COMMODITIES, INC<br>708 Third Avenue<br>15th floor<br>New York, NY 10017 |

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 139763 | Cash | 6952 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 150 | CATHODES TO SIHUI QB<br>SALE CONTRACT 139763<br>INVOICE 20032, BILLED 200 MT<br>INVOICE 20643, BILLED 150 MT | 10.00 | 1,500.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

| Total | $1,500.00 |
|-------|-----------|

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/23/2009 | 20644 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 140310 | Cash | 6963 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 100 | COMMISSION-BALANCE DUE ON CONTRACT 140310<br>397 MT BILLED ON INVOICE 20037 | 10.00 | 1,000.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S       ACCOUNT # 7012989112

| **Total** | $1,000.00 |
|-----------|-----------|

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/26/2009 | 20647 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 143946 | Cash | 7022 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 300 | CATHODES-TO COREMET'S PO 19729-P | 10.00 | 3,000.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

**Total** $3,000.00

**Balance Due** $0.00

# COMM TRADE USA INC.

**1934 WEST GRAY ST.SUITE 200**
**HOUSTON, TX 77019**
**tel:713-661-8090 / 281-222-1800**
**fax: 713-661-8681**

# Invoice

| Date | Invoice # |
|---|---|
| 10/26/2009 | 20648 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|---|---|---|
| 146184 | Cash | 7025 |

| Quantity | Description | Price Each | Amount (USD) |
|---|---|---|---|
| 200 | CATHODES-TO COREMET'S PO 19737-P | 10.00 | 2,000.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S      ACCOUNT # 7012989112

**Total**           $2,000.00

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/26/2009 | 20649 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 146713 | Cash | 7029 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 20 | COMMISSION-HONEY FROM COREMET-YOUR CONTRACT 146713 | 20.00 | 400.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

| **Total** | **$400.00** |
|-----------|-------------|

**Balance Due**    $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST,SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/26/2009 | 20658 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 153889 | Cash | 7235 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 20 | COMMISSION-HONEY TO COREMET, YOUR CONTRACT 153889 | 20.00 | 400.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

| **Total** | **$400.00** |
|-----------|-------------|

**Balance Due**     $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/26/2009 | 20659 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 173622 | Cash | 7327 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 40,5379 | B/C-COMMISSION-YOUR INVOICE 14391 | 20,00 | 810.76 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

**Total**   $810.76

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/27/2009 | 20663 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
|             | Cash  | 7100            |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 20 | BARLEY-SALE TO COREMET'S PO 19948-P C&F YOKOHAMA | 20.00 | 400.00 |

ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409, ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

**Total**     $400.00

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/27/2009 | 20664 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY-10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| | Cash | 7131 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 200 | GRADE A CATHODES FROM COREMET (SEE J MAMMONE EMAIL OF 7/23/2009) | 10.00 | 2,000.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S      ACCOUNT # 7012989112

**Total**   $2,000.00

**Balance Due**   $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/29/2009 | 20682 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 162413 | Cash | 7143 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 18.67 | B/C-COMMISSION-MINEMET INVOICE 09/1451 | 10.00 | 186.70 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

**Total** $186.70

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/28/2009 | 20668 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 17644 | Cash | 7239 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 20.52 | BERRY/CANDY-COMMISSION-MINEMET SALE 09/1510 | 20.00 | 410.40 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

**Total**     $410.40

**Balance Due**     $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
| --- | --- |
| 10/28/2009 | 20669 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
| --- | --- | --- |
| 170226 | Cash | 7203 |

| Quantity | Description | Price Each | Amount (USD) |
| --- | --- | --- | --- |
| 41.046 | B/C-COMMISSION-YOUR INVOICE 14414 | 20.00 | 820.92 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

| **Total** | **$820.92** |
| --- | --- |

**Balance Due**          $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/29/2009 | 20681 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 170244 | Cash | 7202 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 46.2764 | B/C-COMMISSION-YOUR INVOICE # 14243 | 20.00 | 925.53 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019, TEL: 713-284-5409, ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

**Total**     $925.53

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/30/2009 | 20685 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 172815 | Cash | 7222 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 41,708 | #2 COPPER-"BIRCH/CLIFF" | 2.662 | 111,026.70 |
| | ( $ 3.032-0.37) | | |
| | CONTAINER # CMAU 159714-8 | | |
| | SEAL # 0296546 | | |
| | BOOKING # NAM9015137 | | |
| | *** FINAL INVOICE *** | | |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

**Total** $111,026.70

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST,SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/2/2009 | 20701 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 178849 | Cash | 7263 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 22.045 | BARLEY-COMMISSION-YOUR INVOICE 14437F | 20.00 | 440.90 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

| | |
|---|---|
| W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S    ACCOUNT # 7012989112 | **Total**     $440.90 |

**Balance Due**    $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/6/2009 | 20721 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 178532 | Cash | 7260 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 42,202 | #1 COPPER<br>( $ 2.982 - 0.195)<br><br>REF # 0556706<br>SEAL # 04296541<br>LAUA TRUCKING<br>TRUCK # 184<br>TRAILER # 5335<br><br>*** FINAL INVOICE *** | 2.787 | 117,616.97 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

| Total | $117,616.97 |
|-------|-------------|

**Balance Due**        $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/17/2009 | 20764 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 178451 | Cash | 7257A |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 20.121 | ZINC DROSS-COMMISSION-YOUR INVOICE 14501 | 30.00 | 603.63 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S    ACCOUNT # 7012989112

| | |
|---|---|
| **Total** | $603.63 |

**Balance Due**    $0.00

CT-USA/INTL 000633

406

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|---|---|
| 12/1/2009 | 20812 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|---|---|---|
| 170226 | Cash | 7203 |

| Quantity | Description | Price Each | Amount (USD) |
|---|---|---|---|
| 19.6915 | B/C-COMMISSION-YOUR INVOICE 14392 | 20.00 | 393.83 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

**Total** $393.83

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/1/2009 | 20813 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 170226 | Cash | 7203 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 20.1256 | B/C-COMMISSION-YOUR INVOICE 14352 | 20.00 | 402.51 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

| Total | $402.51 |
|-------|---------|

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST,SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/1/2009 | 20814 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 170226 | Cash | 7203 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 19.9419 | B/C-COMMISSION-YOUR INVOICE 14382 | 20.00 | 398.84 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S    ACCOUNT # 7012989112

**Total** $398.84

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/1/2009 | 20817 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 179199 | Cash | 7265 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 20.3687 | BERRY/CANDY-COMMISSION-YOUR INVOICE 14452 | 20.00 | 407.37 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFB1US6S      ACCOUNT # 7012989112

**Total**   $407.37

**Balance Due**

$0.00

CT-USA/INTL 000637

410

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/3/2009 | 20834 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 136047 | Cash | 6920 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 747.304 | COMMISSION-CATHODES TO YATAI<br><br>NO INTL INVOICE PRESENTED.<br><br>BILLED ON CONTRACT 136047 (INVOICE 20022) 252.696 MT THIS IS FOR THE BALANCE WEIGHT. | 10.00 | 7,473.04 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

| **Total** | **$7,473.04** |
|-----------|---------------|

**Balance Due**  $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/10/2009 | 20871 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 179199 | Cash | 7265 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 23.4782 | BERRY/CANDY-COMMISSION-YOUR INVOICE 14500 | 20.00 | 469.56 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

**Total**   $469.56

**Balance Due**   $0.00