# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/15/2010 | 21013 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 193935 | Cash | 7411 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 43,058 | #2 COPPER-BIRCH/CLIFF ( $ 3.411-0.405) <br><br> CONTAINER # CMAU 111369-1 <br> SEAL # 04296564 <br> BOOKING # NAM9016326 <br><br> ***   FINAL INVOICE   *** | 3.006 | 129,432.35 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

| **Total** | **$129,432.35** |
|-----------|-----------------|

**Balance Due**     $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
| --- | --- |
| 1/20/2010 | 21031 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
| --- | --- | --- |
| 192696 | Cash | 7392 |

| Quantity | Description | Price Each | Amount (USD) |
| --- | --- | --- | --- |
| 40,933 | #1 COPPER ( $ 3.3735-0.265) | 3.1085 | 127,240.23 |
| | CONTAINER # TRLU 892477-5 SEAL # 04296556 BOOKING # NAM9016150 | | |
| | *** FINAL INVOICE *** | | |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

**Total**   $127,240.23

**Balance Due**   $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/21/2010 | 21041 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 195397 | Cash | 7418 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 42,587 | #1 ICW (70% CU CONTENT)<br>( $ 3.313-0.235) x 70%<br><br>CONTAINER # GESU 243234-8<br>SEAL # 04296555<br>BOOKING # NAM0858147<br><br>*** FINAL INVOICE *** | 2.1546 | 91,757.95 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409, ABA # 121000248, SWIFT:
WFBIUS6S       ACCOUNT # 7012989112

**Total**          $91,757.95

**Balance Due**          $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/1/2010 | 21088 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 193494 | Cash | 7407 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 22.3 | OCEAN-COMMISSION-YOUR INVOICE 14939F | 20.00 | 446.00 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019, TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

| Total | $446.00 |
|-------|---------|

**Balance Due**          $0.00

CT-USA/INTL 000472

421

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/18/2010 | 21185 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| | Cash | comm-adj |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 1 | adj commissions due | 8,838.35 | 8,838.35 |

ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

| **Total** | **$8,838.35** |
|-----------|---------------|

**Balance Due**        $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/25/2010 | 21231 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 204699 | Cash | 7509 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 18,7131 | B/C-COMMISSION-YOUR INVOICE 15129 | 20.00 | 374.26 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

| Total | $374.26 |
|-------|---------|

**Balance Due**      $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/26/2010 | 21234 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 204699 | Cash | 7509 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 20.1632 | B/C-COMMISSION-YOUR INVOICE 15132 | 20.00 | 403.26 |
| 19.0996 | B/C-COMMISSION -YOUR INVOICE 15133 | 20.00 | 381.99 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S    ACCOUNT # 7012989112

| Total | $785.25 |
|-------|---------|

**Balance Due**        $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/12/2010 | 21288 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 204807 | Cash | 7510 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 22.741 | #1 CU-COMMISSION-YOUR INVOICE 15150 | 20.00 | 454.82 |
| 22.1269 | #1 CU-COMMISSION-YOUR INVOICE 15151 | 20.00 | 442.54 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S       ACCOUNT # 7012989112

| Total | $897.36 |
|-------|---------|

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/7/2010 | 21424 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 204815 | Cash | 7515 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 19.3357 | ZINC DUST-COMMISSION-YOUR INVOICE 15014 | 25.00 | 483.39 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

**Total**    $483.39

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/7/2010 | 21426 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 212975 | Cash | 7587 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 19.386 | ZINC DUST-COMMISSION-YOUR INVOICE 15371 | 20.00 | 387.72 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

| | |
|---|---|
| W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S    ACCOUNT # 7012989112 | **Total**     $387.72 |

**Balance Due**     $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|---|---|
| 4/20/2010 | 21482 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|---|---|---|
| 219861 | Cash | 7663 |

| Quantity | Description | Price Each | Amount (USD) |
|---|---|---|---|
| 19.6702 | #2 ICW-COMMISSION-YOUR INVOICE 15379 | 20.00 | 393.40 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409, ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

**Total** $393.40

**Balance Due** $0.00

# COMM TRADE USA INC.

**1934 WEST GRAY ST.SUITE 200**
**HOUSTON, TX 77019**
**tel:713-661-8090 / 281-222-1800**
**fax: 713-661-8681**

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/27/2010 | 21519 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| | Cash | AQSSIQ |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 5,258.76 | USE OF AQSIQ-1ST QTR 2010 (11,593,469.24 LBS REPORTED). | 5.00 | 26,293.80 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S      ACCOUNT # 7012989112

| **Total** | **$26,293.80** |
|-----------|----------------|

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|---|---|
| 5/5/2010 | 21553 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|---|---|---|
| 215667 | Cash | 7622 |

| Quantity | Description | Price Each | Amount (USD) |
|---|---|---|---|
| 20.2771 | B/C-COMMISSION-YOUR INVOICE 15554F | 20.00 | 405.54 |
| 18.1874 | B/C-COMMISSION-YOUR INVOICE 15551F | 20.00 | 363.75 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S    ACCOUNT # 7012989112

**Total** $769.29

**Balance Due** $0.00

CT-USA/INTL 000480

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/11/2010 | 21572 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 212975 | Cash | 7587 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 19.6551 | ZINC DUST-COMMISSION-YOUR INVOICE 15615F | 20.00 | 393.10 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

| **Total** | **$393.10** |
|-----------|-------------|

**Balance Due**          $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/11/2010 | 21578 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 225530 | Cash | 7750 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 18.507 | ZINC DROSS-YOUR INVOICE 15621F | 20.00 | 370.14 |
| 19.241 | ZINC DROSS-YOUR INVOICE 15622F | 20.00 | 384.82 |
| 18.425 | ZINC DROSS-COMMISSION-YOUR INVOICE 15623F | 20.00 | 368.50 |

ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

**Total** $1,123.46

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/24/2010 | 21637 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 218172 | Cash | 7648 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 17.8958 | #2 ICW-COMMISSION-YOUR INVOICE 15736F | 20.00 | 357.92 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S          ACCOUNT # 7012989112

| **Total** | $357.92 |
|-----------|---------|

**Balance Due**            $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/25/2010 | 21639 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 218172 | Cash | 7648/2,3 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 40.5479 | #2 ICW-COMMISSION-YOUR INVOICE 15749F | 20.00 | 810.96 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

| **Total** | $810.96 |
|-----------|---------|

**Balance Due**      $0.00

CT-USA/INTL 000484

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/25/2010 | 21641 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 218172 | Cash | 7648/4,5 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 40.1651 | #2 ICW-COMMISSION-YOUR INVOICE 15750F | 20.00 | 803.30 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

| **Total** | **$803.30** |
|-----------|-------------|

**Balance Due**     $0.00

CT-USA/INTL 000485

435

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/25/2010 | 21644 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 218172 | Cash | 7648/6 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 19.756 | #2 ICW-COMMISSION-YOUR INVOICE  15751F | 20.00 | 395.12 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S       ACCOUNT # 7012989112

| **Total** | **$395.12** |
|-----------|-------------|

**Balance Due**      $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/25/2010 | 21645 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 218172 | Cash | 7648/7 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 19.272 | #2 ICW-COMMISSION-YOUR INVOICE # 15752F | 20.00 | 385.44 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019, TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S    ACCOUNT # 7012989112

| Total | $385.44 |
|-------|---------|

**Balance Due**    $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/25/2010 | 21647 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 219861 | Cash | 7663 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 17.375 | #2 ICW-COMMISSION-YOUR INVOICE 15644 | 20.00 | 347.50 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409, ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

| Total | $347.50 |
|-------|---------|

**Balance Due**

$0.00

CT-USA/INTL 000488

438

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/25/2010 | 21648 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 219861 | Cash | 7663 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 18.774 | #1 ICW-COMMISSION-YOUR INVOICE 15602F | 20.00 | 375.48 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409, ABA # 121000248, SWIFT: WFBIUS6S    ACCOUNT # 7012989112

**Total** $375.48

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/27/2010 | 21662 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 218172 | Cash | 7648/8 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 20.432 | ICW-COMMISSION- UYOUR INVOICE 15794F | 20.00 | 408.64 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019, TEL: 713-284-5409, ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

| **Total** | $408.64 |
|-----------|---------|

**Balance Due**          $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/27/2010 | 21663 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| | Cash | AQSIQ |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 2,717.06 | USE OF AQSIQ-2ND QTR ()PER LIST PROVIDED) | 5.00 | 13,585.30 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

**Total**     $13,585.30

**Balance Due**     $0.00

# COMM TRADE USA INC.

**1934 WEST GRAY ST.SUITE 200**
**HOUSTON, TX 77019**
**tel:713-661-8090 / 281-222-1800**
**fax: 713-661-8681**

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/27/2010 | 22088 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| | P.O. Number | Terms | Contract Number |
|---|---|---|---|
| | | Cash | AQSIQ |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 1 | USE OF AQSIQ- 3RD QUATER | 6,414.70 | 6,414.70 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S      ACCOUNT # 7012989112

**Total**   $6,414.70

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST,SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/9/2010 | 21714 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 215668 | Cash | 7626 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 18.8896 | B/C-COMMISSION-YOUR INVOICE 15648F | 20.00 | 377.79 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S    ACCOUNT # 7012989112

| **Total** | $377.79 |
|-----------|---------|

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/9/2010 | 21715 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 215668 | Cash | 7626 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 18.8061 | B/C-COMMISSION-YOUR INVOICE 15647F | 20.00 | 376.12 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

| Total | $376.12 |
|-------|---------|

**Balance Due**     $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/17/2010 | 21746 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 215668 | Cash | 7626 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 20.4526 | B/C-COMMISSION-YOUR INVOCIE 15651F | 20.00 | 409.05 |
| 20.0235 | B/C-COMMISSION-YOUR INVOICE 15650F | 20.00 | 400.47 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

| Total | $809.52 |
|-------|---------|

**Balance Due**

$809.52

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/18/2010 | 21756 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 215668 | Cash | 7626 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 18.8061 | B/C-COMMISSION-YOUR INVOICE 15647F | 20.00 | 376.12 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

| W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112 | **Total** | $376.12 |
|---|---|---|

**Balance Due**

$2.15

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/25/2010 | 21783 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 5241423 | Cash | 7868 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 30,317 | #1 ICW (70% CU CONTENT) | 1.8226 | 55,255.76 |
| | $ ( 2.868- 0.10) x 70%  less $ 0.115 | | |
| 13,725 | #1 ICW (80% HIGH GRADE) | 2.0994 | 28,814.27 |
| | $ ( 2.868-0.10) x 80%  less $ 0.115 | | |
| | | | |
| | CONTAINER # GVCU 203248-8 | | |
| | SEAL # 06033169 | | |
| | BOOKING # NAM0958275 | | |
| | | | |
| | *** FINAL INVOICE *** | | |
| | | | |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

**Total**          $84,070.03

**Balance Due**

$0.00

## COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/16/2010 | 21883 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 244533 | Cash | 7887 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 23.505 | ZINC DROSS-COMMISSION-YOUR INVOICE 16015F | 20.00 | 470.10 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S    ACCOUNT # 7012989112

| **Total** | **$470.10** |
|-----------|-------------|

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/20/2010 | 21891 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 241965 | Cash | 7874 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 38.2962 | #2 ICW-COMMISSION-YOUR INVOICE 16199 | 20.00 | 765.92 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

**Total** $765.92

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/22/2010 | 21907 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 212975 | Cash | 7587 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 20.0243 | ZINC DUST-COMMISSION-YOUR INVOICE 16211F | 20.00 | 400.49 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

| Total | $400.49 |
|-------|---------|

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/26/2010 | 21926 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 248658 | Cash | 7921 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 44,243 | #1 COPPER-"BERRY/CANDY" | 2.87 | 126,977.41 |
| | CONTAINER # IPXU 318241-8 | | |
| | SEAL # 06033150 | | |
| | BOOKING # NAM0976396 | | |
| | VESSEL: MSC ILONA | | |
| | ETD: AUGUST 06, 2010 | | |
| | ETA: AUGUST 24, 2010 | | |
| | | | |
| | *** FINAL INVOICE *** | | |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

**Total** $126,977.41

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/15/2010 | 22172 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| S251571 | Cash | 7953 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 41,676 | CLAIM SETTLEMENT WITH OLDBRIDGE FOR LOW QUALITY MATERIAL. SETTLED WITH STEVEN LEE. | 0.10 | 4,167.60 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019, TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S    ACCOUNT # 7012989112

| Total | $4,167.60 |
|-------|-----------|

**Balance Due**    $0.00

# COMM TRADE USA INC.

**1934 WEST GRAY ST.SUITE 200**
**HOUSTON, TX 77019**
**tel:713-661-8090 / 281-222-1800**
**fax: 713-661-8681**

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/21/2010 | 22197 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 250546 | Cash | 7940 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 20.004 | B/C-COMMISSION-YOUR INVOICE 16650 | 10.00 | 200.04 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

**Total** $200.04

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/27/2010 | 22236 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 266845 | Cash | 8109 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 18.3053 | #2 ICW-COMMISSION-YOUR INVOICE 16680 | 20.00 | 366.11 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S    ACCOUNT # 7012989112

| **Total** | $366.11 |
|-----------|---------|

**Balance Due**    $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST,SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/27/2010 | 22237 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 266845 | Cash | 8109 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|-----------|--------------|
| 18,7081 | #2 ICW-COMMISSION-YOUR INVOICE 16681 | 20.00 | 374.16 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S    ACCOUNT # 7012989112

| **Total** | **$374.16** |
|-----------|-------------|

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/27/2010 | 22238 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 266845 | Cash | 8109 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 19.085 | #1, #$1 ICW-COMMISSION-YOUR INVOICE 16682 | 20.00 | 381.70 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

| Total | $381.70 |
|-------|---------|

**Balance Due**  $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/28/2010 | 22246 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 250546 | Cash | 7940 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 21.2864 | B/C-COMMISSION-YOUR INVOICE 16649 | 10.00 | 212.86 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

| **Total** | **$212.86** |
|-----------|-------------|

**Balance Due**        $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/28/2010 | 22247 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 250546 | Cash | 7940 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 19.3849 | B/C-COMMISSION-YOUR INVOICE 16553 | 10.00 | 193.85 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

**Total** $193.85

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/28/2010 | 22249 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 250546 | Cash | 7940 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 82.1423 | B/C-COMMISSION-YOUR INVOICE 16522 | 10.00 | 821.42 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S      ACCOUNT # 7012989112

**Total**     $821.42

**Balance Due**     $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/28/2010 | 22248 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 250546 | Cash | 7940 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 19.9414 | B/C-COMMISSION-YOUR INVOICE 16510 | 10.00 | 199.41 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

| **Total** | $199.41 |
|-----------|---------|

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/1/2010 | 22275 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 251355 | Cash | 7948 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 47.89 | ZINC DROSS-COMMISSION-YOUR INVOICE 16189F | 10.00 | 478.90 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

| **Total** | $478.90 |
|-----------|---------|

**Balance Due**            $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2010 | 22317 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 266845 | Cash | 8109 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 38.0694 | #2 ICW-COMMISSION-YOUR INVOICE 16790 | 20.00 | 761.39 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S        ACCOUNT # 7012989112

| Total | $761.39 |
|-------|---------|

**Balance Due**  $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2010 | 22318 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 266845 | Cash | 8109 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 19.8357 | #2 ICW-COMMISSION-YOUR INVOICE 16789 | 20.00 | 396.71 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S        ACCOUNT # 7012989112

**Total** $396.71

**Balance Due** $0.00

# COMM TRADE USA INC.

**1934 WEST GRAY ST.SUITE 200**
**HOUSTON, TX 77019**
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/15/2010 | 22362 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| | Cash | 8052 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 900 | AQSIQ-PER AGREEMENT WITH STAN SHANKER | 7.50 | 6,750.00 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S        ACCOUNT # 7012989112

**Total** $6,750.00

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST. SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/15/2010 | 22363 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| | Cash | AQSIQ |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 1,595.4794 | 3RD QTR-AQSIQ | 5.00 | 7,977.40 |
| | ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU. | | |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S    ACCOUNT # 7012989112

**Total**  $7,977.40

**Balance Due**  $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/29/2010 | 22436 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 266845 | Cash | 8109 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 19.8085 | #2 ICW-COMMISSION-YOUR INVOICE 16938 | 20.00 | 396.17 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

| **Total** | **$396.17** |
|-----------|-------------|

**Balance Due**

$0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/1/2010 | 22443 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 266845 | Cash | 8109 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 19.4384 | #2 ICW-COMMISSION-YOUR INVOICE 16939 | 20.00 | 388.77 |

ALL REMITTANCES MUST HAVE CONTRACT AND
INVOICE NUMBERS ON THE REMITTANCE
DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr.,
HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT:
WFBIUS6S     ACCOUNT # 7012989112

**Total** $388.77

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/18/2010 | 22542 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|-------------|-------|-----------------|
| 281160 | Cash | 8202 |

| Quantity | Description | Price Each | Amount (USD) |
|----------|-------------|------------|--------------|
| 22.2623 | ZINC DROSS-COMMISSION-YOUR INVOICE 16982F | 15.00 | 333.93 |

ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

**Total** $333.93

**Balance Due** $0.00