# COMM TRADE USA INC.

1934 WEST GRAY ST. SUITE 200
HOUSTON, TX 77019
tel: 713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|---|---|
| 1/7/2011 | 22705 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|---|---|---|
| P-278205 | Cash | 8184 |

| Quantity | Description | Price Each | Amount (USD) |
|---|---|---|---|
| 43,394 | #1 COPPER | 3.777 | 163,899.14 |
| | CONTAINER # ECMU1880670 | | |

ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S    ACCOUNT # 7012989112

**Total** $163,899.14

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel: 713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|---|---|
| 2/7/2011 | 22801 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|---|---|---|
| P-304249 | Cash | 8288-1 |

| Quantity | Description | Price Each | Amount (USD) |
|---|---|---|---|
| 42,361 | Final Invoice ($4.4080 - .11) Bare Bright Trailer # 775143 Seal # 1396411 Delivery # 211052 | 4.298 | 182,067.58 |

ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019, TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S    ACCOUNT # 7012989112

**Total** $182,067.58

**Balance Due** $0.01

## COMM TRADE USA INC.
1934 WEST GRAY ST. SUITE 200
HOUSTON, TX 77019
tel: 713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|---|---|
| 2/7/2011 | 22802 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|---|---|---|
| P-304249 | Cash | 8288-2 |

| Quantity | Description | Price Each | Amount (USD) |
|---|---|---|---|
| 42,135 | BARE BRIGHT | 4.298 | 181,096.23 |
| | FINAL INVOICE | | |
| | ($4.4080 - $.11) | | |
| | | | |
| | CONTAINER # EMHU640251 | | |
| | SEAL # UL-2519062, KSL235650 | | |
| | DELIVERY # 211052 | | |

ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S    ACCOUNT # 7012989112

**Total** $181,096.23

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST. SUITE 200
HOUSTON, TX 77019
tel: 713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|---|---|
| 3/9/2011 | 22907 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|---|---|---|
| 304249 | Cash | 8288-3 |

| Quantity | Description | Price Each | Amount (USD) |
|---|---|---|---|
| 42,527 | FINAL INVOICE<br>BARLEY<br><br>CONTAINER # EMHU233035<br>SEAL # UL-2490177<br>DELIVERY # 211052 | 4.4695 | 190,074.43 |

ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S    ACCOUNT # 7012989112

**Total** $190,074.43

**Balance Due** $0.01

## COMM TRADE USA INC.
1934 WEST GRAY ST. SUITE 200
HOUSTON, TX 77019
tel: 713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|---|---|
| 3/31/2011 | 23048 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|---|---|---|
|  | Cash | 7940 |

| Quantity | Description | Price Each | Amount (USD) |
|---|---|---|---|
| 39.307 | B/C - COMMISSION - YOUR INVOICE # 16441 | 10.00 | 393.07 |

ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S      ACCOUNT # 7012989112

**Total** $393.07

**Balance Due** $0.00

## COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|---|---|
| 4/15/2011 | 23122 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|---|---|---|
|  | Cash |  |

| Quantity | Description | Price Each | Amount (USD) |
|---|---|---|---|
| 310.43 | 4th QT 2010 - AQSIQ | 7.00 | 2,173.01 |

ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S    ACCOUNT # 7012989112

**Total** $2,173.01

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200  
HOUSTON, TX 77019  
tel:713-661-8090 / 281-222-1800  
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|---|---|
| 6/2/2011 | 23375 |

**Bill To**

INTL COMMODITIES, INC  
708 Third Avenue  
15th floor  
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|---|---|---|
| S-318720 | Cash | 8396 |

| Quantity | Description | Price Each | Amount (USD) |
|---|---|---|---|
|  | COMMISSION INVOICES YOUR CONTRACT # S-318720 |  |  |
| 19.645 | B/C - COMMISSION - YOUR INVOICE # 17960F - 3/30/11 | 20.00 | 392.90 |
| 20.531 | B/C - COMMISSION - YOUR INVOICE # 18164P - 4/21/11 | 20.00 | 410.62 |
| 19.773 | B/C - COMMISSION - YOUR INVOICE # 18200F - 5/4/11 | 20.00 | 395.46 |
| 19.668 | B/C - COMMISSION - YOUR INVOICE # 18201F - 5/2/11 | 20.00 | 393.36 |
| 19.529 | B/C - COMMISSION - YOUR INVOICE # 18233F - 5/2/11 | 20.00 | 390.58 |
| 77.587 | B/C - COMMISSION - YOUR INVOICE # 18236F - 5/2/11 | 20.00 | 1,551.74 |
| 19.851 | B/C - COMMISSION - YOUR INVOICE # 18271F - 4/27/11 | 20.00 | 397.02 |
| 19.59 | B/C - COMMISSION - YOUR INVOICE # 18298F - 4/27/11 | 20.00 | 391.80 |
| 18.722 | B/C - COMMISSION - YOUR INVOICE # 18344F - 5/12/11 | 20.00 | 374.44 |
| 19.524 | B/C - COMMISSION - YOUR INVOICE # 18349F - 5/13/11 | 20.00 | 390.48 |
| 19.777 | B/C - COMMISSION - YOUR INVOICE # 18378F - 6/2/11  PLEASE INCLUDE INVOICE NUMBERS ON THE REMITTANCE | 20.00 | 395.54 |
| 19.85 | B/C - COMMISSION - YOUR INVOICE # 18505F - 5/25/11 | 20.00 | 397.00 |

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S       ACCOUNT # 7012989112

**Total**

**Balance Due**

# COMM TRADE USA INC.

1934 WEST GRAY ST. SUITE 200
HOUSTON, TX 77019
tel: 713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|---|---|
| 6/6/2011 | 23376 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|---|---|---|
|  | Cash | 8384 |

| Quantity | Description | Price Each | Amount (USD) |
|---|---|---|---|
|  | COMMISSION - B/C - YOUR CONTRACT # S-316769 |  |  |
| 19.215 | YOUR INVOICE # 18004P, 3/29/11 | 20.00 | 384.30 |
| 19.414 | YOUR INVOICE # 18005P, 3/29/11 | 20.00 | 388.28 |
| 60.915 | YOUR INVOICE # 18019F, 3/30/11 | 20.00 | 1,218.30 |
| 18.334 | YOUR INVOICE # 18053P, 4/4/11 | 20.00 | 366.68 |
| 19.868 | YOUR INVOICE # 18057P, 4/4/11 | 20.00 | 397.36 |
| 21.188 | YOUR INVOICE # 18098P, 4/11/11 | 20.00 | 423.76 |
| 20 | YOUR INVOICE # 18099P, 4/7/11 | 20.00 | 400.00 |
| 20.06 | YOUR INVOICE # 18115P, 4/11/11 | 20.00 | 401.20 |
| 20.318 | YOUR INVOICE # 18119P, 4/11/11 | 20.00 | 406.36 |
| 19.878 | YOUR INVOICE # 18120P, 4/11/11 | 20.00 | 397.56 |
| 18.31 | YOUR INVOICE # 18125P, 4/11/11 | 20.00 | 366.20 |
| 17.532 | YOUR INVOICE # 18301F, 4/27/11 | 20.00 | 350.64 |
|  |  | 0.00 | 0.00 |

ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

**Total** $5,500.64

**Balance Due** $0.00

## COMM TRADE USA INC.
1934 WEST GRAY ST. SUITE 200
HOUSTON, TX 77019
tel: 713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|---|---|
| 7/6/2011 | 23491 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|---|---|---|
|  | Cash |  |

| Quantity | Description | Price Each | Amount (USD) |
|---|---|---|---|
| 1 | CCIC OUT OF SOUTH AMERICA A LOAD OF HONEY VERBAL AGREEMENT BETWEEN JIM MAMMONE AND BRYAN | 1,200.00 | 1,200.00 |

ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S    ACCOUNT # 7012989112

**Total** $1,200.00

**Balance Due** $0.00

# COMM TRADE USA INC.

1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|---|---|
| 10/26/2011 | 23919 |

### Bill To

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|---|---|---|
|  | Cash | 3rd qt AQSIQ |

| Quantity | Description | Price Each | Amount (USD) |
|---|---|---|---|
| 1,820.52 | AQSIQ | 7.00 | 12,743.64 |
| 1,250 | 1250 MT BEGINNING OF JULY, BRYAN WILL DISCUSS WITH JIM | 7.00 | 8,750.00 |

ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S    ACCOUNT # 7012989112

**Total**  $21,493.64

**Balance Due**  $8,750.00