## COMM TRADE USA INC.

1934 WEST GRAY ST. SUITE 200
HOUSTON, TX 77019
tel: 713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|---|---|
| 3/2/2012 | 24320 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|---|---|---|
|  | Cash |  |

| Quantity | Description | Price Each | Amount (USD) |
|---|---|---|---|
| 1 | AQSIQ SERVICES RENDERED | 25,000.00 | 25,000.00 |

ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S     ACCOUNT # 7012989112

**Total** $25,000.00

**Balance Due** $0.00

CT-USA/INTL 000212

479

# COMM TRADE USA INC.
1934 WEST GRAY ST.SUITE 200
HOUSTON, TX 77019
tel:713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|---|---|
| 3/13/2012 | 24321 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|---|---|---|
|  | Cash |  |

| Quantity | Description | Price Each | Amount (USD) |
|---|---|---|---|
| 1 | AQSIQ SERVICES RENDERED | 25,000.00 | 25,000.00 |

ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S    ACCOUNT # 7012989112

**Total** $25,000.00

**Balance Due** $0.00

CT-USA/INTL 000211

480

## COMM TRADE USA INC.

1934 WEST GRAY ST. SUITE 200
HOUSTON, TX 77019
tel: 713-661-8090 / 281-222-1800
fax: 713-661-8681

# Invoice

| Date | Invoice # |
|---|---|
| 10/1/2012 | 24893 |

**Bill To**

INTL COMMODITIES, INC
708 Third Avenue
15th floor
New York, NY 10017

| P.O. Number | Terms | Contract Number |
|---|---|---|
|  | PRE PAY |  |

| Quantity | Description | Price Each | Amount (USD) |
|---|---|---|---|
| 1 | 2011 CCIC EXPENSES ASSOCIATED WITH AQSIQ DAMAGE - SHELLS | 75,000.00 | 75,000.00 |

ALL REMITTANCES MUST HAVE CONTRACT AND INVOICE NUMBERS ON THE REMITTANCE DOCUMENTATION. THANK YOU.

W/T INSTRUCTIONS: WELLS FARGO BANK, 1500 WAUGH Dr., HOUSTON, TX 77019. TEL: 713-284-5409. ABA # 121000248, SWIFT: WFBIUS6S    ACCOUNT # 7012989112

**Total**  $75,000.00

**Balance Due**  $75,000.00